# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE HASHA,**<br>Plaintiff**,**<br>vs.<br>**LOBAN MAPLE LEAF PROPERTIES, LP, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-06316-YGR<br><br>**JUDGMENT** |

Pursuant to plaintiff's notice of acceptance of offer of judgment, filed on January 30, 2019, (Dkt. No. 19), the Court enters judgment for plaintiff Lawrence Hasha and against defendants Loban Maple Leaf Properties, LP, a Washington Limited Partnership; Loban Maple Leaf Management LLC, a Washington Limited Liability Company; Slavic Stores, Inc., a California Corporation, in the amount of $8,100 plus allowable costs, which may include allowable attorney's fees, to be determined by the Court. Plaintiff may apply to the Court for a determination of costs (including its allowable attorney's fees) per statute and rules of the Court.

Within 180 days after the date of this Order, unless good cause can be shown that this time period cannot be met despite due diligence and the best efforts of defendants, defendants shall make the following changes to 1080 Saratoga Avenue, San Jose, CA 95129 ("Subject Property"), all in compliance with the Americans with Disabilities Act Standards and the 2013 California Building Code:

1. Provide an accessible path of travel from the nearest parking spaces marked and reserved for persons with disabilities to the Slovak Shop business;
2. Provide an accessible landing in front of the entry door to Slovak Shop; and

3. Provide accessible paths of travel between the merchandise aisles inside the Subject Property store.

**IT IS SO ORDERED.**

Dated: February 1, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**